# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| JEREMIAH'S INTERNATIONAL TRADING COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> REN MEDIA GROUP USA, INC., <br><br> Defendant. | No. 8:17-cv-2234-T-30TBM |

## DECLARATION OF PHILLIP PATTERSON

Phillip Patterson, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury as follows:

1. I am the chief financial officer for Ren Media Group USA, Inc.'s ("RMG") Florida operations. I have held this position since June 1, 2017. I am also a Certified Public Accountant. Attached to this Declaration as **Exhibit A** is a copy of my resume, which briefly summarizes my education, training, and experience.

2. I have reviewed the Declaration of Jerry P. Hartman Under Penalty of Perjury dated November 5, 2017 (the "November 5 Hartman Declaration" [ECF No. 22-3]). I submit this Declaration in opposition to the November 5 Hartman Declaration. I have personal knowledge of the facts set forth below and, if called to testify, I could and would testify thereto.

3. In Paragraph 16 of the November 5 Hartman Declaration, Mr. Hartman states that he was told by an unidentified person that RMG "has thousands of items on back order

but [RMG] did not fulfil the orders nor did they give refunds." In fact, unfulfilled back orders are secured by a reserve held by RMG's merchant account and are being refunded from the reserve in accordance with the applicable rules.

4. In Paragraph 21 of the November 5 Hartman Declaration, Mr. Hartman states that he was informed by an unidentified person that RMG "has been transferring funds out of its business accounts since at least Tuesday, October 31, 2017." In fact, all transfers of funds from RMG's business account made since October 31, 2017, have been in payment of RMG's business expenses in the regular course of business. None of these payments were made to Dmitry or Elena Lesnevsky.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 8th day of November 2017, in Clearwater, Florida.

Phillip Patterson
Chief Financial Officer
Ren Media Group USA, Inc.

TPA 512386782v1

# Phillip C. Patterson

4880 Ridgemoor Circle                                                                                                 C: 727-458-7649
Palm Harbor, FL  34685                                                                                     phil5220@gmail.com

**OBJECTIVE**:  A growth oriented position with a reputable company utilizing skills developed through my experience and education.

**IntelliChief and Key West Aloe,** Tampa, Florida
Oct 2011 – Present, *Chief Financial Officer*
- Responsible for accounting, finance, treasury and tax for all 7 group companies consisting of 2 operating companies, 4 real estate companies and 1 investment company
- Converted companies from multiple ERP systems to one new ERP system of record
- Prepare the monthly, quarterly and annual financial statements and operational reporting
- Responsible for annual budget process and tax return preparation.
- Review contracts being executed by companies for proper contractual terms and conditions
- Review and analysis of all software sales contracts for software recognition requirements and professional services billing requirements.
- Analyze professional services production, included utilization rates, billable hours, travel and billed vs. projected hours for the department
- Responsible for managing the manufacturing of Key West Aloe products through a third party manufacturer, including negotiation of pricing, purchase order processing and accounting for the cost of each product.
- Responsible for cash management across all group companies
- Responsible for management of warehouse operations, inventory control and inventory accounting
- Worked with bank on refinancing of 4 buildings netting lower interest rates and making available significant cash for future investments.
- Reviewed one company and one building for possible acquisition.
- Perform the accounting and operations of 3 commercial buildings and 2 rental condos

**Personnel Response Team,** Palm Harbor, Florida
Feb 2011 – Sept. 2011         *Consultant – Acting CFO*
- Responsible for monthly Financial Statement preparation and presentation to owners and outside parties
- Perform weekly invoicing to customers including working with factoring company for invoice based funding
- Treasury management including maintain and develop banking relationships for potential LOC, direct deposit implementation, positive pay implementation and weekly cash forecasts
- Working with several PEOs for preparation of payroll for both temporary workers and company staff
- Quarterly Tax Reporting, including 941 and SUTA returns for Florida, Texas and Arizona

**Rue Educational Publishers**, Clearwater, Florida
Nov 2006 – Nov 2010         *Vice President of Finance and Controller*
- Responsible for day to day operations of Accounting and Financial Services Department
- Completing monthly and annual close processes as well as annual planning process
- Planned and implemented the new Dynamics GP accounting system
- Redesigned the accounting department as well as policies and procedures to improve performance, including KPI development regarding accuracy and improvement
- Collaborating with tax firm to develop annual filing
- Monthly sales tax in two (2) states
- Oversee the in-house preparation of payroll and accompanying tax returns in multiple states
- Led the development of pricing strategies on new product launches through collaboration with sales and marketing departments
- Developed materials for and participated in presentations for potential investors
- A/R activity of 7,000 to 10,000 monthly customer transactions for 5,000 to 10,000 customers
- Responsible for Financial Services Department generating more than $150k per month in collections from delinquent customers

- Working with collection agencies to set-up relationship for collections
- Management of a department of up to six (6)

**Home Shopping Network**, St. Petersburg, Florida
Sept. 2001 – Nov 2006     *Operating Vice President of International Accounting*
- Responsible for the consolidation 15 foreign subsidiaries in Germany, United Kingdom and Latin America with consolidated sales of approximately $450 million
- Draft of MD&A and other SEC reporting disclosures for International segment
- Equity accounting for two companies located in Asia
- Work with auditors worldwide to organize USGAAP reviews and audits as well as reach agreement on technical accounting treatments
- Accounting for the purchase of additional shares in various equity ownerships
- Accounting for the closure of subsidiaries in various countries
- Prepare monthly Financial Statements and metrics for consolidated and individual international companies
- Implemented a shortened monthly close process through collaboration with various Controllers and CFOs of the consolidated subsidiaries
- Led a project team, which improved the overall company A/R aging and the customer level A/R accuracy at a German subsidiary
- Management of the Capital Planning and Reporting Department, which is responsible for preparation of a $35 million capital budget, quarterly capital spending forecasts and analysis of actual to budget/forecast capital spending
- Planned, developed and implemented capital planning tool throughout the company requiring stakeholder approval in each major department for use in annual planning and quarterly forecasts
- Developed a process for tracking and reporting ROI on capital projects

**Metropolitan Life Insurance Company**, Tampa, Florida
Sept. 2000 – Sept 2001     *Director of Corporate Budget and Expense Reporting & Analysis*
- Responsible for the accurate and timely reporting of operating expenses (approx. $6 billion annually)
- Preparation of monthly and quarterly accruals, allocation of expenses to the Lines of Business for both Statutory and Segment Reporting and monthly analysis of variances
- Development of reporting and analysis on Corporate Overhead Departments and Lines of Business
- Management of a department of seven (7) associates

**Tech Data,** Clearwater, Florida
Mar. 1996 – Sept. 2000     *Manager of International Accounting, Budgeting and Analysis*
- Assist in worldwide consolidation of financial statements including foreign currency translation, US GAAP adjustments and purchase accounting entries
- Led the worldwide implementation of Hyperion Enterprise as the company's Financial Reporting System
- Prepare Financial Statements presented to the Board of Directors each quarter
- Prepare various monthly and quarterly analysis comparing each country's financial results
- Consolidate and analyze detailed departmental forecasts for over 125 cost/profit centers
- Provide analysis of quarterly forecasts versus most recent financial results and prior forecast
- Develop quarterly forecast on a worldwide basis by consolidating the forecasts received from all countries

    *Senior Accountant*
- Prepared and automated the monthly financial analysis included in the Monthly Financial Commentary for executive management.
- Supervised the Fixed Asset Department of three (3) associates
- Audited the electronic freight payment and invoicing system to ensure the accurate recognition of the revenues and expenses
- Designed and implemented new invoicing process to timely recognize revenues and receivables for warranty program administration in accounting and customer service

**Higman Healthcare, Inc.**, St. Petersburg, Florida
June 1993 – Feb 1996          *Consultant and Staff Accountant*


**EDUCATION:**
    **CPA**, November 1994

    **University of South Florida**, Tampa, Florida
    Masters of Accountancy, May 1993

    **University of North Florida**, Jacksonville, Florida
    Bachelor of Business Administration (Major in Accounting), December 1990

**ORGANIZATIONS:**   West Florida Premier and East Lake Soccer Association, Treasurer and Director of Spring Soccer, Kappa Alpha Order, International Professional Business Fraternity of Delta Sigma Pi

**SOFTWARE:**  Fluent in many computer software packages including Hyperion Enterprise, PeopleSoft, Platinum, Dynamics GP, Sage ERP, Excel, Access, Lotus and Word.

**REFERENCES:**  Furnished Upon Request