UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JEREMIAH'S INTERNATIONAL
TRADING COMPANY, INC.,

   Plaintiff,

v.                                         Case No: 8:17-cv-2234-T-30TBM

REN MEDIA GROUP USA, INC.,

   Defendant.
_____

## **ORDER**

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Thomas B. McCoun III (Dkt. 27). The Court notes that Plaintiff filed written objections to the Report and Recommendation (Dkt. 28).

After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1. The Report and Recommendation (Dkt. #27) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. Defendant's Motion to Compel Arbitration and Stay Proceedings (Dkt. 8) is GRANTED.

3. Plaintiff's Motion for Preliminary Injunction (Dkt. 10) is DENIED.

4. The Clerk is directed to administratively close this case pending completion of arbitration.

**DONE** and **ORDERED** in Tampa, Florida, this 29th day of November, 2017.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished To**:
Counsel/Parties of Record